1  Daniel C. Whang (SBN 223451)
   dwhang@seyfarth.com
2  Laura E. Heyne (SBN 279478)
   lheyne@seyfarth.com
3  SEYFARTH SHAW LLP
   2029 Century Park East, Suite 3500
4  Los Angeles, California 90067-3021
   Telephone:   (310) 277-7200
5  Facsimile:   (310) 201-5219

6  Attorneys for Defendants
   THE AMERICAN BOTTLING COMPANY;
7  DR PEPPER/SEVEN UP, INC.; KEURIG DR
   PEPPER INC.; and TAYLOR MARCUS
8
9  David D. Bibiyan
   david@tomorrowlaw.com
10 Jeffrey C. Bils
   jbils@tomorrowlaw.com
11 Joshua Shirian
   josh@tomorrowlaw.com
12 BIBIYAN LAW GROUP, P.C.
   8484 Wilshire Blvd., Suite 500
13 Beverly Hills, CA 90211
   Telephone:
14 Facsimile:

15 Attorneys for Plaintiff
   FRANCISCO BELLO
16

17

18              UNITED STATES DISTRICT COURT

19              EASTERN DISTRICT OF CALIFORNIA

20 

| FRANCISCO BELLO, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE AMERICAN BOTTLING COMPANY, a Delaware corporation; KEURIG DR PEPPER INC., a Delaware corporation; TAYLOR MARCUS, an individual; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No. 2:22-cv-01333-KJM-KJN<br><br>Assigned to Hon. Kimberly J. Mueller, Courtroom 3<br><br>**JOINT STIPULATION TO CONTINUE RESPONSIVE PLEADING DEADLINE; ORDER**<br><br>**[F.R.C.P. 6(b); Local Rule 144(a)]**<br><br>[San Joaquin County Superior Court Case No. STK-CV-UOE-2022-5279]<br><br>Complaint Filed:   June 23, 2022<br>Removal Filed:     July 27, 2022 |
|---|---|

STIPULATION TO CONTINUE RESPONSIVE PLEADING DEADLINE; ORDER
87379136v.1

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 144(a), Plaintiff FRANCISCO BELLO ("Plaintiff") and Defendants THE AMERICAN BOTTLING COMPANY; KEURIG DR PEPPER INC.; and TAYLOR MARCUS (collectively "Defendants"), acting by and through their respective counsel, hereby enter into this Stipulation to extend the time for Defendants to file a responsive pleading to Plaintiff's Complaint ("Complaint") by an additional 20 days.  Defendants removed this action to Federal Court on July 27, 2022.  Defendants initial responsive pleading deadline was August 3, 2022, which was continued via stipulation to September 30, 2022, as permitted by Federal Rule of Civil Procedure 6(b) and Local Rule 144(a).

The Parties are continuing to meet and confer on issues concerning a purported arbitration agreement between the Parties, other cases with overlapping claims, and possible early resolution of this matter.  Given the complexity of this matter, and the other pending matters, and while the Parties meet and confer over these issues to sort the best course of action, they agree that extending Defendants' responsive pleading deadline by an additional 20 days to October 20, 2022, would promote judicial economy and efficiency.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

DATED: September 27, 2022                    Respectfully submitted,

                                                             SEYFARTH SHAW LLP

                                                             By: _____
                                                                  Daniel C. Whang
                                                                  Laura E. Heyne
                                                             Attorneys for Defendants The American Bottling Company; Keurig Dr Pepper Inc.; and Taylor Marcus

| | |
|---|---|
| DATED: September 27, 2022 | Respectfully submitted, |
| | BIBIYAN LAW GROUP, P.C. |
| | |
| | By: */s/ Jeffrey C. Bils (as authorized on 9/27/22)* |
| | David D. Bibiyan |
| | Jeffrey C. Bils |
| | Joshua Shirian |
| | Attorneys for Plaintiff |
| | Francisco Bello |

**ORDER**

The Court has reviewed the Parties' Stipulation to Continue Defendants' Responsive Pleading Deadline to October 20, 2022, and hereby GRANTS the Parties' request.  **IT IS SO ORDERED.**

Dated:  September 29, 2022

_____
CHIEF UNITED STATES DISTRICT JUDGE

**\*  Pursuant to Local Rule 131(e), all signatories listed, and on whose behalf this Report is submitted, concur in the filing's content and have authorized the filing.**