1  David D. Bibiyan (Cal. Bar No. 287811)
   *david@tomorrowlaw.com*
2  Jeffrey C. Bils (Cal. Bar No. 301629)
   *jbils@tomorrowlaw.com*
3  Joshua Shirian (Cal. Bar No. 341909)
4  *josh@tomorrowlaw.com*
   **BIBIYAN LAW GROUP, P.C.**
5  8484 Wilshire Boulevard, Suite 500
   Beverly Hills, California 90211
6  Tel: (310) 438-5555; Fax: (310) 300-1705

7  Attorneys for Plaintiff, FRANCISCO BELLO, on
   behalf of himself and all others similarly situated
8

9  Daniel C. Whang (SBN 223451)
   dwhang@seyfarth.com
10 Laura E. Heyne (SBN 279478)
   lheyne@seyfarth.com
11 SEYFARTH SHAW LLP
   2029 Century Park East, Suite 3500
12 Los Angeles, California 90067-3021
   Telephone:  (310) 277-7200
13 Facsimile:   (310) 201-5219

14 Attorneys for Defendants
   THE AMERICAN BOTTLING COMPANY;
15 DR PEPPER/SEVEN UP, INC.; KEURIG DR
   PEPPER INC.; and TAYLOR MARCUS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO BELLO, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE AMERICAN BOTTLING COMPANY, a Delaware corporation; KEURIG DR PEPPER INC., a Delaware corporation; TAYLOR MARCUS, an individual; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No. 2:22-cv-01333-KJM-KJN<br><br>Assigned to Hon. Kimberly J. Mueller, Courtroom 3<br><br>**JOINT STIPULATION TO CONTINUE ALL DEADLINES RELATED TO DEFENDANTS' MOTION TO COMPEL ARBITRATION; ORDER**<br><br>**[F.R.C.P. 6(b); Local Rule 144(a)]**<br><br>Complaint Filed:   June 23, 2022<br>Removal Filed:     July 27, 2022 |

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 144(a), Plaintiff Francisco Bello and Defendants The American Bottling Company; Keurig Dr Pepper Inc.; and Taylor Marcus (collectively with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

1. The Parties have agreed that it is in their mutual best interests to attempt an early resolution of the Action. Specifically, in an effort to avoid the time, cost, expense, burden, and frustration of litigation, and in the hope of informally resolving the Action without unnecessarily involving the Court, the Parties have agreed to participate in a private mediation the parameters of which the Parties are in the process of finalizing.

2. On October 20, 2022, Defendants filed a Motion to Compel Arbitration; Dismiss under Rules 12(B)(1), 12(B)(3), and 12(B)(6), or Stay the Case Pending Arbitration (the "Motion"). Defendants noticed the Motion to be heard on February 17, 2023 at 10:00 a.m. in order to allow the Parties to focus their efforts toward resolving this Action through mediation, and not toward motion practice.

3. Pursuant to Local Rule 230(c), as amended in March of 2022, Plaintiff's deadline to file an Opposition to Defendants' Motion is currently set for November 3, 2022.

4. The Parties have agreed that extending Plaintiff's deadline to file an Opposition to Defendants' Motion to January 27, 2023, twenty-one (21) days before the Motion is set to be heard, would promote judicial economy and efficiency.

Therefore, for the good cause set forth above, the Parties respectfully request that the Court enter an Order extending Plaintiff's deadline to file an Opposition to Motion to January 27, 2023.

[*signatures on the following page*]

/ / /

/ / /

/ / /

DATED: October 24, 2022                     Respectfully submitted,

                                                               SEYFARTH SHAW LLP

                                                               By: */s/ Daniel C. Whang* (as authorized on October 24, 2022)
                                                               DANIEL C. WHANG
                                                               LAURA E. HEYNE
                                                               Attorneys for Defendants THE AMERICAN BOTTLING COMPANY; KEURIG DR PEPPER INC.; and TAYLOR MARCUS

DATED: October 24, 2022                     Respectfully submitted,

                                                               BIBIYAN LAW GROUP, P.C.

                                                               By: */s/ Jeffrey C. Bils*
                                                               DAVID D. BIBIYAN
                                                               JEFFREY C. BILS
                                                               JOSHUA SHIRIAN
                                                              Attorneys for Plaintiff, FRANCISCO BELLO, on behalf of himself and all others similarly situated

**\*  Pursuant to Local Rule 131(e), all signatories listed, and on whose behalf this Report is submitted, concur in the filing's content and have authorized the filing.**

## ORDER

The Court has reviewed the Parties' Joint Stipulation to Continue All Deadlines Related To Defendants' Motion To Compel Arbitration ("Motion"), and good cause appearing therefor, hereby GRANTS the Parties' request. Plaintiff's deadline to file an Opposition to Defendants' Motion is extended to January 27, 2023, which is twenty-one (21) days before the Motion is set to be heard.

**IT IS SO ORDERED.**

DATED: October 25, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE