1  David D. Bibiyan (Cal. Bar No. 287811)
   *david@tomorrowlaw.com*
2  Jeffrey C. Bils (Cal. Bar No. 301629)
   *jbils@tomorrowlaw.com*
3  Joshua Shirian (Cal. Bar No. 341909)
4  *josh@tomorrowlaw.com*
   **BIBIYAN LAW GROUP, P.C.**
5  8484 Wilshire Boulevard, Suite 500
   Beverly Hills, California 90211
6  Tel: (310) 438-5555; Fax: (310) 300-1705

7  Attorneys for Plaintiff, FRANCISCO BELLO, on
   behalf of himself and all others similarly situated
8

9  Daniel C. Whang (SBN 223451)
   dwhang@seyfarth.com
10 Laura E. Heyne (SBN 279478)
   lheyne@seyfarth.com
11 SEYFARTH SHAW LLP
   2029 Century Park East, Suite 3500
12 Los Angeles, California 90067-3021
   Telephone:  (310) 277-7200
13 Facsimile:  (310) 201-5219

14 Attorneys for Defendants
   THE AMERICAN BOTTLING COMPANY;
15 DR PEPPER/SEVEN UP, INC.; KEURIG DR
   PEPPER INC.; and TAYLOR MARCUS

16
17                    UNITED STATES DISTRICT COURT
18                    EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19 FRANCISCO BELLO, an individual and on behalf of all others similarly situated, | Case No. 2:22-cv-01333-KJM-KJN |
| 20  Plaintiff, | Assigned to Hon. Kimberly J. Mueller, Courtroom 3 |
| 21  v. | **JOINT STIPULATION TO CONTINUE HEARING AND ALL DEADLINES RELATED TO DEFENDANTS' MOTION TO COMPEL ARBITRATION; ORDER [F.R.C.P. 6(b); Local Rule 144(a)]** |
| 22 THE AMERICAN BOTTLING COMPANY, a Delaware corporation; KEURIG DR PEPPER INC., a Delaware corporation; TAYLOR MARCUS, an individual; and DOES 1 through 100, inclusive | |
| 23 | |
| 24 | |
| 25 | [San Joaquin County Superior Court Case No. STK-CV-UOE-2022-5279] |
| 26  Defendants. | Complaint Filed:  June 23, 2022 |
| 27 | Removal Filed:  July 27, 2022 |
| 28 | |

STIPULATION TO CONTINUE DEADLINES RELATED TO DEFENDANTS' MOTION; [PROPOSED] ORDER
Block DocID

Pursuant to Federal Rule of Civil Procedure 6(b) and Local Rule 144(a), Plaintiff Francisco Bello and Defendants The American Bottling Company; Keurig Dr Pepper Inc.; and Taylor Marcus (collectively with Plaintiff, the "Parties"), by and through their respective counsel, hereby stipulate as follows:

1. The Parties have agreed that it is in their mutual best interests to attempt an early resolution of the Action. Specifically, in an effort to avoid the time, cost, expense, burden, and frustration of litigation, and in the hope of informally resolving the Action without unnecessarily involving the Court, the Parties have agreed to participate in a private mediation on or around February 3, 2023 with Deborah Saxe, Esq., a highly experienced wage and hour mediator.

2. On October 20, 2022, Defendants filed a Motion to Compel Arbitration; Dismiss under Rules 12(B)(1), 12(B)(3), and 12(B)(6), or Stay the Case Pending Arbitration (the "Motion"). Defendants noticed the Motion to be heard on February 17, 2023 at 10:00 a.m. in order to allow the Parties to focus their efforts toward resolving this Action through mediation, and not toward motion practice.

3. Pursuant to a previous stipulation, Plaintiff's deadline to file an Opposition to Defendants' Motion is currently set for January 27, 2023.

4. The Parties have agreed to continue the hearing on Defendants' Motion to Compel to March 31, 2023 at 10:00 a.m., with Plaintiff's deadline to file an Opposition to Defendants' Motion to March 10, 2023, twenty-one (21) days before the Motion will be heard, in order to promote judicial economy and efficiency.

Therefore, for the good cause set forth above, the Parties respectfully request that the Court enter an Order continuing the hearing on Defendants' Motion to Compel Arbitration to March 31, 2023 at 10:00 a.m. and extending Plaintiff's deadline to file an Opposition to March 10, 2023.

[*signatures on the following page*]

/ / /

DATED: January 9, 2023                         Respectfully submitted,

                                               SEYFARTH SHAW LLP

                                               By:_____
                                                   DANIEL C. WHANG
                                                   LAURA E. HEYNE
                                               Attorneys for Defendants THE
                                               AMERICAN BOTTLING COMPANY;
                                               KEURIG DR PEPPER INC.; and
                                               TAYLOR MARCUS

DATED: January 9, 2023                         Respectfully submitted,

                                               BIBIYAN LAW GROUP, P.C.

                                               By:_____
                                                   DAVID D. BIBIYAN
                                                   JEFFREY C. BILS
                                                   JOSHUA SHIRIAN
                                               Attorneys for Plaintiff, FRANCISCO
                                               BELLO, on behalf of himself and all others
                                               similarly situated

**\* Pursuant to Local Rule 131(e), all signatories listed, and on whose behalf this Report is submitted, concur in the filing's content and have authorized the filing.**

**ORDER**

The Court has reviewed the Parties' Joint Stipulation to Continue Hearing And All Deadlines Related To Defendants' Motion To Compel Arbitration ("Motion"), and good cause appearing therefor, hereby GRANTS the Parties' request. The new hearing date on Defendants' Motion to Compel Arbitration is set for March 31, 2023 at 10:00 a.m. Further, Plaintiff's deadline to file an Opposition to Defendants' Motion is extended to March 10, 2023, which is twenty-one (21) days before the Motion is set to be heard.

**IT IS SO ORDERED.**

Dated: January 13, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE