1  David D. Bibiyan (Cal. Bar No. 287811)
   *david@tomorrowlaw.com*
2  Jeffrey D. Klein (Cal. Bar No. 297296)
   *jeff@tomorrowlaw.com*
3  Joshua Shirian (Cal. Bar No. 341909)
   *josh@tomorrowlaw.com*
4  **BIBIYAN LAW GROUP, P.C.**
5  8484 Wilshire Boulevard, Suite 500
   Beverly Hills, California 90211
6  Tel: (310) 438-5555; Fax: (310) 300-1705

7  Attorneys for Plaintiff, FRANCISCO BELLO, on
   behalf of himself and all others similarly situated
8
9  Daniel C. Whang (SBN 223451)
   dwhang@seyfarth.com
   Laura E. Heyne (SBN 279478)
10 lheyne@seyfarth.com
   SEYFARTH SHAW LLP
11 2029 Century Park East, Suite 3500
   Los Angeles, California 90067-3021
12 Telephone:  (310) 277-7200
   Facsimile:   (310) 201-5219
13
14 Attorneys for Defendants
   THE AMERICAN BOTTLING COMPANY;
   DR PEPPER/SEVEN UP, INC.; KEURIG DR
15 PEPPER INC.; and TAYLOR MARCUS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO BELLO, an individual and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE AMERICAN BOTTLING COMPANY, a Delaware corporation; KEURIG DR PEPPER INC., a Delaware corporation; TAYLOR MARCUS, an individual; and DOES 1 through 100, inclusive<br><br>Defendants. | Case No. 2:22-cv-01333-KJM-KJN<br><br>Assigned to Hon. Kimberly J. Mueller, Courtroom 3<br><br>**JOINT STIPULATION TO CONTINUE HEARING AND ALL DEADLINES RELATED TO DEFENDANTS' MOTION TO COMPEL ARBITRATION; ORDER**<br><br>**[F.R.C.P. 6(b); Local Rule 144(a)]**<br><br>[San Joaquin County Superior Court Case No. STK-CV-UOE-2022-5279]<br><br>Complaint Filed:   June 23, 2022<br>Removal Filed:    July 27, 2022 |

STIPULATION TO CONTINUE DEADLINES RELATED TO DEFENDANTS' MOTION; ORDER

# ORDER

The Court has reviewed the Parties' Joint Stipulation to Continue Hearing And All Deadlines Related To Defendants' Motion To Compel Arbitration ("Motion"), and good cause appearing therefor, hereby GRANTS the Parties' request. The new hearing date on Defendants' Motion to Compel Arbitration is set for June 30, 2023, at 10:00 a.m. Further, Plaintiff's deadline to file an Opposition to Defendants' Motion is extended to June 9, 2023, which is twenty-one (21) days before the Motion is set to be heard, and Defendant's Reply is to be filed June 19, 2023, ten (10) days following the filing of Plaintiff's Opposition.

**IT IS SO ORDERED.**

DATED: March 30, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE