David D. Bibiyan (Cal. Bar No. 287811)
*david@tomorrowlaw.com*
Jeffrey D. Klein (Cal. Bar No. 297296)
*jeff@tomorrowlaw.com*
Joshua Shirian (Cal. Bar No. 341909)
*josh@tomorrowlaw.com*
**BIBIYAN LAW GROUP, P.C.**
8484 Wilshire Boulevard, Suite 500
Beverly Hills, California 90211
Tel: (310) 438-5555; Fax: (310) 300-1705

Attorneys for Plaintiff, FRANCISCO BELLO, on
behalf of himself and all others similarly situated

Daniel C. Whang (SBN 223451)
dwhang@seyfarth.com
Laura E. Heyne (SBN 279478)
lheyne@seyfarth.com
SEYFARTH SHAW LLP
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone:   (310) 277-7200
Facsimile:    (310) 201-5219

Attorneys for Defendants
THE AMERICAN BOTTLING COMPANY;
DR PEPPER/SEVEN UP, INC.; KEURIG DR
PEPPER INC.; and TAYLOR MARCUS

## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO BELLO, an individual and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> THE AMERICAN BOTTLING COMPANY, a Delaware corporation; KEURIG DR PEPPER INC., a Delaware corporation; TAYLOR MARCUS, an individual; and DOES 1 through 100, inclusive <br><br> Defendants. | Case No. 2:22-cv-01333-KJM-KJN <br><br> Assigned to Hon. Daniel J. Calabretta, Courtroom 10 <br><br> **NOTICE OF SETTLEMENT; JOINT STIPULATION TO VACATE ALL UPCOMING DEADLINES AND SCHEDULING CONFERENCE; ORDER** <br><br> [San Joaquin County Superior Court Case No. STK-CV-UOE-2022-5279] <br><br> Complaint Filed:    June 23, 2022 <br> Removal Filed:     July 27, 2022 |

Plaintiff Francisco Bello and Defendants The American Bottling Company; Keurig Dr Pepper Inc.; and Taylor Marcus (collectively with Plaintiff, the "Parties"), by and through their respective counsel, hereby inform the Court that they have reached a settlement. The Parties have executed a Memorandum of Understanding. As part of the settlement, the Parties have agreed to stipulate to the filing of an amended complaint in state court, and thereafter dismiss this action without prejudice. The Parties are working towards said amendment and once entered, the Parties will file the stipulation dismissing this action without prejudice. To that end, the Parties request the Court vacate all upcoming deadlines as follows:

1.    The Parties hereby stipulate to and request the Court vacate the scheduling conference currently set for June 29, 2023 at 2:30 p.m. including all associated deadlines.

2.    The Parties hereby stipulate to Defendants withdrawal of their Motion to Compel Arbitration, and request the Motion to Compel hearing currently set for June 30, 2023 at 10:00 a.m. be vacated.

3.    The Parties hereby stipulate and agree that Plaintiff is not required to file an Opposition to the Motion to Compel Arbitration because the motion has been withdrawn.

Therefore, for the good cause set forth above, the Parties respectfully request that the Court enter an Order vacating the scheduling conference set for June 29, 2:30 p.m., the associated deadlines with the scheduling conference, withdrawal of Defendants' Motion to Compel Arbitration, and vacating the hearing on Defendants' Motion to Compel Arbitration to June 30, 2023 at 10:00 a.m.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DATED: June 9, 2023                    Respectfully submitted,

                                       SEYFARTH SHAW LLP


                                       By: /s/ Daniel Whang
                                            DANIEL C. WHANG
                                            LAURA E. HEYNE
                                       Attorneys for Defendants THE
                                       AMERICAN BOTTLING COMPANY;
                                       KEURIG DR PEPPER INC.; and
                                       TAYLOR MARCUS


DATED: June 9, 2023                    Respectfully submitted,

                                       BIBIYAN LAW GROUP, P.C.


                                       By:  /s/ Joshua Shirian
                                            DAVID D. BIBIYAN
                                            JEFFREY D. KLEIN
                                            JOSHUA SHIRIAN
                                       Attorneys for Plaintiff, FRANCISCO
                                       BELLO, on behalf of himself and all others
                                       similarly situated


**\*   Pursuant to Local Rule 131(e), all signatories listed, and on whose behalf this**

**Report is submitted, concur in the filing's content and have authorized the filing.**

2

STIPULATION TO CONTINUE DEADLINES RELATED TO DEFENDANTS' MOTION; ORDER

## <u>ORDER</u>

The Court has reviewed the Parties' Joint Stipulation to Continue Hearing And All Deadlines Related To Defendants' Motion To Compel Arbitration ("Motion"), and good cause appearing therefor, hereby GRANTS the Parties' request.   The scheduling conference set for June 29, 2:30 p.m., is vacated as well all associated deadlines with the scheduling conference. Defendants' Motion to Compel Arbitration is confirmed withdrawn, no opposition is required by Plaintiff, and the hearing on Defendants' Motion to Compel Arbitration set for June 30, 2023, at 10:00 a.m. is vacated.

**IT IS SO ORDERED.**

Dated:  6/13/23                                      /s/ Daniel J. Calabretta
                                                            THE HONORABLE DANIEL J. CALABRETTA
                                                            UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE DEADLINES RELATED TO DEFENDANTS' MOTION; ORDER